UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  WALLACE E. GRILL<br>  BETH A. GRILL<br><br>                          Debtors | CASE NO: 07-30538<br>           (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066748**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 5 | DAYTON MEDICAL IMAGING<br>% A R SERVICES<br>BOX 16911<br>TAMPA, FL  33687 | 97.03 |

/s/ Jeffrey M. Kellner
_____
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/23/2011

Certificate of Service  07-30538

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| WALLACE E. GRILL | JOYCE M DEITERING | (5.1) |
| BETH A. GRILL | 8801 N MAIN ST | DAYTON MEDICAL IMAGING |
| 526 VINE ST. | STE 200 | % A R SERVICES |
| BROOKVILLE, OH  45309 | DAYTON, OH  45415 | BOX 16911 |
| | | TAMPA, FL  33687 |

(44.1n)  
PRA RECEIVABLES MANAGEMENT  
BOX 41067  
NORFOLK, VA  23541

(40.1n)  
SCOTT M ENGLE  
DBA CHOICE ONE APPRAISAL  
216 N THIRD ST  
TIPP CITY, OH  45371

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner              sv