UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30538 |
|---|---|
| WALLACE E. GRILL | (Chapter 13) |
| BETH A. GRILL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088414**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 35 | VERIZON NORTH INC<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 101.06 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/6/2011

Certificate of Service          07-30538

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WALLACE E. GRILL
BETH A. GRILL
526 VINE ST.
BROOKVILLE, OH  45309

JOYCE M DEITERING
8801 N MAIN ST
STE 200
DAYTON, OH  45415

(44.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA  23541

(40.1n)
SCOTT M ENGLE
DBA CHOICE ONE APPRAISAL
216 N THIRD ST
TIPP CITY, OH  45371

(35.1)
VERIZON NORTH INC
AFNI VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL  61701

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv